COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-229-CV

RONNIE MOODY APPELLANT

V.

PAM GEILHART APPELLEE

----------

FROM THE 17
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

         DELIVERED: August 5, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.